

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

lalmon@seyfarth.com
T (212) 218-5517

www.seyfarth.com

May 3, 2022

**VIA ECF**

Magistrate Judge Anne Y. Shields
Eastern District of New York
100 Federal Plaza
P.O. Box 840
Central Islip, New York 11722
Courtroom 840

Re:  Burian v. Costco Wholesale Corporation
     Civ. No. 2:22-cv-02108-JMA-AYS (E.D.N.Y.)

Dear Judge Shields:

This firm represents Costco Wholesale Corporation ("Costco"), the Defendant in the above-referenced matter.  We write to request a 30-day extension to file Costco's answer/response to Plaintiff Heidi Burian's complaint.  (ECF No. 1.)

Pursuant to Section III of the Court's Individual Practice Rules: (A) Costco's answer/response is currently due on or by May 10, 2022; (B) there have been no other requests for an extension; (C) Plaintiff consents to the relief requested herein; and (D) the requested new due date is June 9, 2022.  This requested extension will not affect any other scheduled dates.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ Lorie E. Almon*


Lorie E. Almon

82938621v.1